**Motion granted; Order filed October 25, 2016**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-15-00945-CV

———————————

## DAVID B.T. MYRICK, JR., EDNA ARCHER, HADEN BEARDSLEY, AND SARAH KATHRYN PACHECO, Appellants

### V.

## LINDA MOODY, ELIZABETH MOODY AND W.L. MOODY, V, Appellees

**On Appeal from the Probate Court**
**Galveston County, Texas**
**Trial Court Cause No. PR-0076077**

## ORDER

This is an appeal from a judgment signed October 8, 2015. On October 7, 2016, David B.T. Myrick, Jr., filed a motion to dismiss the appeal as to his claims. *See* Tex. R. App. P. 42.1. The motion is **GRANTED.**

Appellant David B.T. Myrick, Jr., is ordered **DISMISSED** from the appeal.

PER CURIAM

Panel consists of Justices Busby, Donovan, and Brown.